IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GLEN KNOX                                                                    PLAINTIFF

V.                                                      CAUSE NO. 1:18-CV-218-SA-DAS

EQUIFAX INFORMATION SERVICES, LLC et al                      DEFENDANTS

ORDER AMENDING STYLE OF CASE

In light of the Stipulations of Dismissal [36, 37, 39] filed in this case and the termination

of Defendants Equifax Information Services, LLC, and First Metropolitan Financial Services, Inc.,

the Court directs the Clerk of Court to amend the style of the case to *Glen Knox v. Fidelity National*

*Loans, Inc*.

SO ORDERED this, the 29th day of July, 2019.


/s/ Sharion Aycock
UNITED STATES DISTRICT COURT