# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT
# ABERDEEN DIVISION

| | |
|---|---|
| GLEN KNOX, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) CIVIL ACTION NUMBER: 1:18CV218-SA-DAS |
| | ) |
| FIDELITY NATIONAL LOANS, INC, | ) |
| | ) |
| DEFENDANT. | ) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause came on for hearing on motion, *ore tenus*, of Plaintiff Glen Knox and Defendant Fidelity National Loans, Inc. for the entry of an order of dismissal with prejudice, with each party to bear its own costs. Having considered said motion and being advised by the parties that the cause has been compromised and settled and that there remain no issues to be disposed of by the Court:

IT IS, THEREFORE, ORDERED that this action be and hereby is dismissed with prejudice, with each party to bear its own costs.

SO ORDERED, this the 11th day September, 2019.

                                             /s/ Sharion Aycock
                                         UNITED STATES DISTRICT COURT JUDGE

AGREED:

  s/David L. Trewolla
ATTORNEY FOR PLAINTIFF

  s/ Michael C. Williams
ATTORNEY FOR DEFENDANT